SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone:  (408) 277-0648
Fax:     (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD PFEIFFER AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF  AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>            Plaintiffs,<br><br>vs.<br><br>LAKESHORE ELECTRIC & ENGINEERING COMPANY, INC., A California Corporation<br><br>            Defendant(s). | CASE NO.: CV13-01447 PSG<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date:  July 2, 2013<br>Time:  10:00 A.M.<br>Place:  Courtroom 5, 4th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. The case is in the process of settling.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.  Plaintiffs would like to continue the case until August 6, 2013. Settlement negotiations are in progress and Plaintiffs expect the case to settle. Therefore, Plaintiffs request that the case be continued until August 6, 2013, for another Case Management Conference.

Respectfully submitted,

Dated: June 25, 2013

/S/
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to August 6, 2013, at 10:00 A.M., in Courtroom 5, 4th Floor. Plaintiff will file an update and proposed action seven (7) days prior to the Case Management Conference.

Dated: July 1, 2013

Paul S. Grewal, U.S. Magistrate Judge

**Law Office of Sue Campbell**
**1155 N. First St,**
**Ste. 218**
**San Jose, CA 95112**

2

CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER
No. CV13-01447 PSG